Harry Edison HACKWORTH, Petitioner, v. George H. MOORE, Judge of the United States District Court for the Eastern District of Missouri.

No. 14318.

United States Court of Appeals
Eighth Circuit.

Feb. 12, 1951.

Harry Edison Hackworth, pro se.

PER CURIAM.

Petitioner granted leave to file petition for writ of mandamus, etc., without payment of Clerk's fees, and petition for writ or mandamus denied.

Rolan DAVISON, Appellant, v. UNITED STATES of America.

No. 14202.

United States Court of Appeals
Eighth Circuit.

Feb. 16, 1951.

George S. Hecker, St. Louis, Mo., for appellant.

P. W. Lanier, U. S. Atty., Fargo, N. D., and Harry Lashkowitz, Asst. U. S. Atty., Fargo, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.